UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

NATIONAL CASUALTY COMPANY,           Case No.: 2021-24365-CIV-KING

    Plaintiff,

EQUINOX HOLDINGS, INC., JOSEPH
JULIAN GIL, KALYN JAMES, and RICO
JAMES,

    Defendants.
_____/

**DEFENDANT EQUINOX HOLDINGS, INC.'S AMENDED RULE 7.1 STATEMENT**

Defendant, EQUINOX HOLDINGS, INC. ("EQUINOX"), by and through its undersigned counsel, pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, certifies that it is non-governmental corporate entity, its parent corporation is Related Equinox Holdings II, LLC, and no publicly-held corporation owns more than 10% of its stock.

Dated:  October 3, 2022              Respectfully submitted,

/s/ Robert H. Friedman
ROBERT H. FRIEDMAN
Florida Bar No. 25994
E-mail address: rob@friedmanpa.com

FRIEDMAN, P.A.
340 Royal Poinciana Way
Suite 317-202
Palm Beach, FL  33480-4048
Telephone: (561) 800-2110
Facsimile: (561) 246-3413

Counsel for Defendant EQUINOX HOLDINGS, INC.

1

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this **3rd day of October, 2022**, I electronically filed the foregoing with the Clerk of the Court using CM/ECF system which automatically send e-mail notification to the attorneys of record in this litigation.

/s/ Robert H. Friedman
ROBERT H. FRIEDMAN
Florida Bar No. 25994
E-mail address: rob@friedmanpa.com
FRIEDMAN, P.A.
340 Royal Poinciana Way
Suite 317-202
Palm Beach, FL  33480-4048
Telephone: (561) 800-2110
Facsimile: (561) 246-3413

Counsel for Defendant EQUINOX HOLDINGS, INC.